IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

**Jack Aberman**

    Debtor(s).

CASE NO. 08-01693-KSJ
CHAPTER 11

_____/

### OBJECTION OF GMAC MORTGAGE, LLC. TO DEBTORS' CHAPTER 11 PLAN OR REORGANIZATION AND OMNIBUS MOTION TO DETERMINE EXTENT OF SECURED CLAIMS

    COMES NOW, GMAC MORTGAGE, LLC., a secured creditor in the above-styled cause, and files, its Objection to Confirmation of the Debtors' Omnibus Motion Pursuant to Bankruptcy Code §506 to Determine Extent of Secured Claims (Doc. No. 265)("the Motion"), In support thereof, GMAC MORTGAGE LLC., alleges the following:

    1.    The Debtors suggest in the Motion and Chapter 11 Plan that the current fair market value of real property described as 319 Hollywood Avenue Daytona Beach, FL 32118 (Class 8) in which GMAC MORTGAGE, LLC. holds a first mortgage is $86,413.40. GMAC MORTGAGE LLC'S claim under the mortgage note secured in whole by the first mortgage is $262,889.72. GMAC MORTGAGE LLC., objects to the Debtors' valuation of the collateral on the basis that the subject property is worth substantially more than $86,413.40. GMAC MORTGAGE LLC., has not, as of the date of filing this objection, retained an expert to assist it in determining the fair market value of the subject property, but may do so prior to the date of the hearing on the Motion and this objection.

    2.    The Plan proposes to impair GMAC MORTGAGE LLC's claim, which it has grouped in Class 8 (secured claims) as $86,413.40 and Class 83 (unsecured claims) as any additional amount.

FILE_NUMBER: B08021898                                                    DOC_ID: M011900




3.   On or about December 16, 2005, the Debtor entered into a first mortgage and note with GMAC MORTGAGE LLC.

4.   Pursuant to the First Mortgage and First Note, the Debtor owed GMAC MORTGAGE, LLC., a principal of $252,000.00, plus interest, to be paid in full by January 1, 2036. The monthly payments included principal and interest, escrow items, and any prepayment and late charges.

5.   The Note provided for an initial interest rate of 8.25%, adjustable on January 1, 2008 and every 6 months thereafter. Currently the interest rate is 10.25% and is due to adjust again on January 1, 2009.

6.   As of the Petition Date, GMAC MORTGAGE LLC., held a secured claim under the First Mortgage and Note in the amount of $262,889.72.

7.   The Debtors' Plan proposes impair GMAC MORTGAGE LLC's claim by reamortizing the balance of the First Mortgage and extending the First Mortgage to thirty (30) years from the effective date of the Plan. The Plan also proposes to limit the interest rate to 6%.

WHEREFORE, GMAC MORTGAGE, LLC respectfully requests this Honorable Court to enter an Order Denying confirmation of the Debtor's Chapter 11 Plan of Reorganization and Debtors' Omnibus Motion t Determine Extent of Secured Claims grant it such additional relief as the Court deems just and proper.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766
Fax  (813) 251-1541

By:  /s/   PEGGY MCNEW BALLWEG
PEGGY MCNEW BALLWEG
FLORIDA BAR NO. 0153753
JOHN C. BROCK, JR.
FLORIDA BAR NO. 0017516
ATTORNEYS FOR GMAC MORTGAGE, LLC

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail or electronic mail to all parties listed on the attached mailing matrix below on this 13th day of October, 2008.

Jack Aberman
PO Box 265302
Daytona Beach, FL  32126

*U.S. Trustee*
United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Miriam G Suarez
United States Trustee
135 West Central Blvd Suite 620
Orlando, FL 32801
Miriam.G.Suarez@usdoj.gov

Elizabeth A Green
bankruptcynotice@lseblaw.com
390 North Orange Avenue
Suite 600
Orlando, FL  32801

                Florida Default Law Group, P.L.
                P.O. Box 25018
                Tampa, Florida  33622-5018
                Phone  (813) 251-4766
                Fax  (813) 251-1541

                By:  /s/   PEGGY MCNEW BALLWEG
                  PEGGY MCNEW BALLWEG
                  FLORIDA BAR NO. 0153753
                  JOHN C. BROCK, JR.
                  FLORIDA BAR NO. 0017516
                  ATTORNEYS FOR GMAC MORTGAGE, LLC