UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CASE NO.: 08-01693-KSJ
CHAPTER 11 CASE

GEA SEASIDE INVESTMENTS INC
C/O JACK ABERMAN *dba*
DAYTONA BEACH PROPERTY MANAGEMENT
*dba* DAYTONA BEACHSIDE PROPERTY MANAGEMENT

Debtor(s)
_____/

**OBJECTION TO**
**CONFIRMATION OF PLAN**

MOVANT, **SELECT PORTFOLIO SERVICING, INC.**, a secured creditor, by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. Movant has a security interest in the property known as 428 Peninsula Drive, Daytona Beach, Florida.
2. Movant objects to the confirmation of the plan based on lack of equity, the plan failing to pay present value of Movant's claim, and lack of feasibility.
3. The proposed plan is infeasible as it is "likely" to be followed by liquidation or the need for further financial reorganization.
4. Debtor is unable to fund the plan because the plan is based on cash collateral that belongs to the Movant.
5. Movant seeks the award of bankruptcy fees and costs for defending its position.
6. Movant reserves the right to call a witness to support its claim.
7. Movant reserves the right to raise additional objections at the confirmation hearing.

WHEREFORE, Movant, **SELECT PORTFOLIO SERVICING, INC.**, files this objection to confirmation of plan and moves the Court to deny confirmation of said plan, award bankruptcy fees and costs and for such other relief that this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list and the Parties in Interest pursuant to Local Rule 1007-2 by First Class U. S. Mail postage pre-paid **and/or electronic mail** this ___27___ day of October, 2008.

                                                Law Offices of Marshall C. Watson, P.A.
                                                1800 N.W. 49TH Street, Suite 120
                                                Fort Lauderdale, FL 33309
                                                Telephone: (954) 453-0365/1-800-441-2438
                                                Facsimile: (954) 689-3517

                                                By: _/s/ Maurice Hinton_
                                                   Maurice D. Hinton, Esq.
                                                   Bar Number: 026215

**MAILING LIST:**

GEA SEASIDE INVESTMENTS INC
C/O JACK ABERMAN *dba*
DAYTONA BEACH PROPERTY MANAGEMENT
*dba* DAYTONA BEACHSIDE PROPERTY MANAGEMENT
PO BOX 265302
DAYTONA BEACH, FL 32126

ELIZABETH A GREEN
LATHAM SHUKER EDEN & BEAUDINE LLP
390 NORTH ORANGE AVENUE
SUITE 600
ORLANDO, FL 32801

UNITED STATES TRUSTEE - ORL
135 W. CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801

MIRIAM G SUAREZ
UNITED STATES TRUSTEE
135 WEST CENTRAL BLVD SUITE 620
ORLANDO, FL 32801

08-18086

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-01693-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Oct 27 17:01:27 EDT 2008 | Countrywide Home Loans, Inc.<br>c/o Frederick J. DiSpigna, Esq.<br>900 S. Pine Island Road, Suite 400<br>Plantation, FL 33324-3920 | DaimlerChrysler Financial Services Americas<br>c/o Carrie Ann Rohrscheib, Esq.<br>Hale, Dewey & Knight, PLLC<br>88 Union Avenue, Suite 700<br>Memphis, TN 38103-5128 |
| Don Kiester, Esq.<br>PO Box 2299<br>Mango, FL 33550-2299 | EMC Mortgage Corp<br>PO Box 660530<br>Dallas TX 75266-0530 | First Horizon Home Loans<br>c/o Frederic J. Dispigna, Esq.<br>900 South Pine Island Road, Suite 400<br>Plantation, FL 33324-3920 |
| First Mariner Bank<br>c/o Peter E Lanning<br>9204 King Palm Dr<br>Tampa FL 33619-1328 | Frederic J. Dispigna, Esq.<br>900 Sosuth Pine Island Road, Suite 400<br>Plantation, FL 33324-3920 | PPTS AP Corp<br>PO Box 2288<br>Morristown, NJ 07962-2288 |
| PPTS AP Corp.<br>c/o Plymouth Park Tax Services, LLC<br>35 Airport Road - Suite 150<br>Morristown, NJ 07960-4660 | PPTS KD Corp.<br>c/o Plymouth Park Tax Services LLC<br>35 Airport Road, Suite 150<br>Morristown, NJ 07960-4660 | RBJ, LLC<br>c/o Bradley Pack<br>Engelman Berger<br>3636 N Central #700<br>Phoenix, AZ 85012-1936 |
| Saxon Mortgage Services, Inc.<br>c/o: Brian L. Rosaler, Esq.<br>1701 W. Hillsboro Blvd, #400<br>Deerfield Beach, FL 33442-1572 | Select Portfolio Servicing Inc.<br>Law Offices of Marshall C. Watson<br>1800 NW 49th Street, Suite 120<br>Ft. Lauderdale, FL 33309-3092 | Woodlea Investment Company, LLC<br>c/o Peter N. Hill, Esq.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Dr.<br>Orlando, FL 32804-7013 |

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14