# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

In re:

GEA SEASIDE INVESTMENTS, INC et al

Debtor

CASE NO. 6:08-bk-01693-KSJ
CHAPTER 11 CASE

## NOTICE OF ELECTION BY CLASS 6 PURSUANT TO §1111(b)

**COMES NOW** U.S. Bank National Association, its successors and/or assigns, designated as Class 6 in the Plan of Reorganization Submitted by GEA Investment, Inc, and Jack Aberman (D.E. 210), and hereby serves notice that it has elected application of paragraph (2) of §1111(b).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, to Jack Aberman, PO Box 265302, Daytona Beach, FL 32126; Miriam G. Suarez, Trustee, United States Trustee - ORL7, 135 W. Central Blvd., Suite 620 Orlando, FL 32801; Elizabeth A. Green, Esq., Latham Shuker Eden & Beaudine LLP, 390 North Orange Avenue, Suite 600 Orlando, FL 32801, this 28 day of October, 2008.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Secured Creditor
900 South Pine Island Rd, Suite 400
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

08-29647.ELC